DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

9 JUNE 2016

| 208PA15 | The North Carolina State Bar v. Jerry R. Tillett | | Special Order **05/27/2016** |
|---|---|---|---|
| 208P16 | State v. Joshua Earl Holloman | 1. State's Motion for Temporary Stay (COA15-1042) | 1. Allowed **05/27/2016** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. |
| 213P16 | State v. Christopher Allen McKiver | 1. State's Motion for Temporary Stay (COA15-1070) | 1. Allowed **06/06/2016** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. |
| 222A14 | State v. Bernard George Lamp, Jr. (DEATH) | 1. Def's Motion to File Juror Questionnaires Under Seal | 1. Dismissed as moot |
| | | 2. Def's Motion to Supplement Record on Appeal | 2. Dismissed as moot |
| | | 3. Def's Motion to Withdraw Appeal | 3. Allowed |
| 244P11-2 | State v. Bruce Lamont Gorham | 1. Def's *Pro Se* Motion for Notice of Appeal | 1. Dismissed *ex mero motu* |
| | | 2. Def's *Pro Se* Motion for PDR | 2. Dismissed |
| | | 3. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA | 3. Dismissed |
| | | 4. Def's *Pro Se* Motion for Subpoena *Duces Tecum* | 4. Dismissed |
| | | 5. Def's *Pro Se* Motion to Amend | 5. Allowed |
| | | | **Ervin, J., recused** |
| 248P99-3 | State v. Howard Cleveland, Jr. | Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court, Rowan County | Dismissed |